IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM T. HOLLIDAY,

      Appellant,

v.

JULIE L. JONES-SECRETARY
FOR THE DEPARTMENT OF
CORRECTIONS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4936

_____/

Opinion filed July 26, 2016.

An appeal from the Circuit Court for Leon County.
Hon. Charles W. Dodson, Judge.

William T. Holliday, Pro Se Appellant.

Pamela Jo Bondi, Attorney General, Erik Kverne, Assistant Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., ROWE and MAKAR, JJ., CONCUR.